THE TERRITORY OF NEW MEXICO v. THE UNITED STATES TRUST COMPANY OF NEW YORK *et al.* No. 169. SAME v. SAME. No. 170. Appeals from the Supreme Court of the Territory of New Mexico.

MR. JUSTICE MCKENNA : On the authority of the foregoing opinion the decrees in these cases are

*Affirmed.*